| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. S-06-471 FCD |
| v. ) | |
| ) | |
| **AYNE LINNARD YOUNG** ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:   **AYNE LINNARD YOUNG**
Detained at (custodian): Yolo County Jail, 2420 East Gibson Road, Woodland, CA 95776
Detainee is:     a.)   (X) charged in this district by: (X) Indictment ( ) Information () Complaint
            charging detainee with: 18 U.S.C. § 471 - Counterfeiting U.S. Currency
   or    b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   () return to the custody of detaining facility upon termination of proceedings
   or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
            is currently being served at the detaining facility

**Appearance is necessary FORTHWITH in the Eastern District of California.**

         Signature:      /s/ Ellen V. Endrizzi
         Printed Name & Phone No:   Ellen V. Endrizzi   (916) 554-2716
         Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
   (X) Ad Prosequendum          () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: November 20, 2006.

                 /s/ Dale A. Drozd
                 United States District/Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable): _____    Male   X Female
Booking or CDC #: _____    DOB: 07/09/68
Facility Address:   Yolo County Jail    Race:
        2420 East Gibson Road, Woodland, CA 95776    FBI #:
Facility Phone:   (530) 745-8500
Currently Incarcerated For: _____

---

### RETURN OF SERVICE

Executed on _____    By: _____
                            (Signature)