FILED
November 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>AYNE LINNARD YOUNG,<br><br>　　　　Defendant. | Case No. Cr-S-06-0471 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ayne Linnard Young</u>, Case No. <u>Cr S-06-0471 FCD</u>, Charge <u>Title 18 USC § 471</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　Release on Personal Recognizance

　　　X　Bail Posted in the Sum of $ __25,000__

　　　　　X　Unsecured Appearance Bond

　　　　　__　Appearance Bond with 10% Deposit

　　　　　__　Appearance Bond with Surety

　　　　　__　Corporate Surety Bail Bond

　　　　　__　(Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on __November 30, 2006__ at __2:15__ pm.

　　　　　　　　　　　　　　By　__/s/ Dale A. Drozd__
　　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Original - U.S. Marshal