```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
AYNE LINNARD YOUNG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-06-471-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| AYNE LINNARD YOUNG, | ) | |
| | ) | Date: January 16, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, for defendant, AYNE LINNARD YOUNG, that the status conference hearing date of December 18, 2006 shall be vacated and a status conference be set for January 16, 2007 at 10:00 a.m.

    This continuance is requested because Mr. Young is currently incarcerated at the Yolo County Jail on other charges and his appearance will need to be obtained for the next hearing.  Likewise, defense counsel needs more time to discuss the case, the discovery, and the sentencing options with Mr. Young.  A plea agreement has been

1  received and must be discussed with Mr. Young.

2      Accordingly, all counsel and the defendant agree that time under
3  the Speedy Trial Act from the date this stipulation is lodged, through
4  January 16, 2007, should be excluded in computing the time within which
5  trial must commence under the Speedy Trial Act, pursuant to Title 18
6  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

7  DATED: December 14, 2006.                    Respectfully submitted,

8                                                        DANIEL J. BRODERICK
9                                                       Federal Defender

10

11                                                       /s/ RACHELLE BARBOUR
                                                     RACHELLE BARBOUR
12                                                       Assistant Federal Defender
                                                     Attorney for AYNE YOUNG

13                                                       McGREGOR SCOTT
                                                     United States Attorney

14

15

16  DATED: December 14, 2006.                    /s/ RACHELLE BARBOUR for
                                                     ELLEN ENDRIZZI
                                                     Assistant U.S. Attorney
17                                                       Attorney for Plaintiff

18

19                                         **O R D E R**

20      **IT IS SO ORDERED.**

21
22  DATED: December 14, 2006

23

24

25                                       FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

26

27

28