# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) No.    2:06-cr-00471 FCD
     )
AYNE LINNARD YOUNG )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum     ( ) Ad Testificandum.
Name of Detainee:    AYNE  LINNARD  YOUNG

Detained at (custodian):    Yolo County Jail

Detainee is:   a.)   (X) charged in this district by:
          (X) Indictment     ( ) Information     ( ) Complaint
          Charging Detainee With:   **18 U.S.C. § 471 - Counterfeiting U.S. Currency**

  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
  or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **On January 3, 2007** *in the Eastern District of California.*

Signature:    /s/ Ellen V. Endrizzi
Printed Name & Phone No:   ELLEN V. ENDRIZZI   (916) 554-2716
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **January 3, 2007 or as soon thereafter as possible** for further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 20, 2006
Date                                         United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | | DOB: | 1968 |
| Facility Address: | Yolo County Jail | Race: | |
| | 2420 East Gibson Road, Woodland, CA 95776 | FBI #: | |
| Facility Phone: | (530) 745-8500 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                          (Signature)