```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6

 7  Attorney for Defendant
    AYNE LINNARD YOUNG
 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      ) No.  Cr. S. 06-0471-FCD
14                                 )
                 Plaintiff,        )
15                                 )
         v.                        )
16                                 )
    AYNE LINNARD YOUNG,            ) STIPULATION AND ORDER REVOKING
17                                 ) 11/30/06 RELEASE ORDER AND
                 Defendant.        ) UNSECURED APPEARANCE BOND
18                                 )
    _____  )
19
```

20      Defendant AYNE LINNARD YOUNG, by and through his attorney,
21 Rachelle Barbour, Assistant Federal Defender, and the United States, by
22 and through Ellen Endrizzi, Assistant United States Attorney, hereby
23 stipulate that the Court issue an order revoking its prior release
24 order and Mr. Young's unsecured appearance bond.
25      On November 30, 2006, Mr. Young appeared before the magistrate
26 judge on a writ ad prosequendum.  The parties agreed that Mr. Young be
27 released from federal custody on an unsecured appearance bond so that
28 he could be returned by the U.S. Marshals to Yolo County Jail.  He

1  remained in that jail until a second writ ad prosequendum brought him
2  back to federal court for a change of plea on January 16, 2007.  Since
3  Mr. Young will remain at the Sacramento County Jail in Marshals'
4  custody pending sentencing and has agreed to be remanded into federal
5  custody, the parties jointly request that the Court issue an order
6  revoking the prior release order and appearance bond.

8  DATED: January 17, 2007                 Respectfully submitted,
                                           DANIEL J. BRODERICK
9                                          Federal Defender

11                                         /s/ Rachelle Barbour
                                           RACHELLE BARBOUR
12                                         Assistant Federal Defender
                                           Attorney for AYNE YOUNG
13
                                           McGREGOR SCOTT
14                                         United States Attorney

16  DATED: January 17, 2007                /s/ Ellen Endrizzi
                                           ELLEN ENDRIZZI
17                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

O R D E R

   IT IS SO ORDERED.  The Court's release order of November 30, 2006
and the appearance bond are hereby revoked.

DATED: 1/19/07          /s/ Gregory G. Hollows
                        _____
                        Hon. Gregory G. Hollows
                        United States Magistrate Judge
young.ord

Stip. & Order Revoking Release    -2-